IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR. NO. 04-20062-Ma |
| | ) | |
| MARIO MEANS, | ) | |
| | ) | |
| Defendant. | ) | |

FILED BY _____ D.C.
05 JUN -2 PM 2:26
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

ORDER DIRECTING CLERK TO ISSUE WRIT OF HABEAS CORPUS

This matter is set for a re-sentencing hearing on Friday, June 10, 2005 at 10:30 a.m. The defendant, Mario Means, #19519-076, is confined as a prisoner at Federal Correctional Institution, Memphis, Tennessee. It is necessary to have Mario Means appear in this court for the hearing.

IT IS THEREFORE ORDERED that the Clerk of Court issue a writ of habeas corpus ad testificandum to the United States Marshal for the Western District of Tennessee, and to the Warden, Federal Correctional Institution, Memphis, Tennessee, to have said Mario Means before this court for the hearing.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

June ___2___, 2005.

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on __6-9-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CR-20062 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Fed. Public Defender
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT